IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS DEFERRED SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ERA CONTRACTING INC., an Illinois corporation <br><br> Defendant. | Case No. 24-cv-6889 <br><br> Hon. Judge Kennelly |

**PLAINTIFF'S MOTION FOR JUDGMENT IN SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN, LLP, move this Court to enter an order for judgment in sum certain against Defendant BLC CONSTRUCTION. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover delinquent fringe benefit fund contributions which are due and owing based on Collective Bargaining Agreements, Declarations of Trust and provisions of ERISA.

1

2. The corporate Defendant was served with the Summons and Complaint on August 28, 2024. (Docket Entry 6)

3. This Court entered an order of Default against the Defendant on October 4, 2024 (Docket Entry 9).

4. Defendant owes the Plaintiffs $4,598.22 as evidenced by a fringe benefit audit for the period of September 15, 2022 through September 30, 2024. This amount breaks down to $3,150.63 in contributions; $472.59 in liquidated damages on those contributions; $30.00 in liquidated damages on monthly reports and $945.00 in audit costs. (Ex. A – Wolf Affidavit).

5. Defendant also owes a total of $2,890.00 in attorneys' fees and costs. (Ex. B – Piechocinski Declaration).

6. Therefore, Defendant, NEW ERA CONSTRUCTION INC., owes a total of $7,488.22 in this matter.

WHEREFORE, Plaintiffs pray for the following relief:

A. That this Court enter judgment in favor of the Plaintiffs and against the Defendant NEW ERA CONSTRUCTION INC., in the amount of $7,488.22; and

B.  That this Court provide any such other or further relief it deems appropriate under the circumstances.

> Respectfully submitted,
>
> **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.,**
>
> By:   /s/Grant R. Piechocinski
>           One of their Attorneys

PAUL M. EGAN
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Ste. 600
Chicago, Illinois 60601
(312) 236-0415